# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**STEVEN HAYNES,**

    **Petitioner,**

**v.**                                  **Case No. 3:19cv1712-LC/CAS**

**UNITED STATES OF AMERICA,**

    **Respondent.**
_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 4) that the case be transferred to the United States District Court for the Western District of Louisiana. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer the case to the United States District Court for the Western District of Louisiana.

**DONE AND ORDERED** this 31st day of July, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**